**U.S. Department of Justice**

United States Attorney
District of Connecticut

 

Connecticut Financial Center
157 Church Street
P.O. Box 1824
New Haven, Connecticut 06510

(203) 821-3700

Fax (203) 773-5376

May 14, 2004

Austin McGuigan, Esq.
Rome McGuigan Sabanosh, P.C.
One State Street
Hartford, CT 06103

      Re: United States v. Frank S. Chuang

Dear Austin:

      During our earlier discussions about the Sentencing Guidelines in this case, we had failed to agree about the applicability of a sentencing enhancement under U.S.S.G. § 2T1.1(b)(1) (based on the defendant's failure to report income over $10,000 derived from criminal activity). In the event that we have to litigate that issue, I plan to submit the enclosed spreadsheet, to illustrate that substantial portions of the fraud losses were unrelated to the defendant's concealment of the lump-sum jobs from his accountants. The bottom line, as you will see, is that approximately 36% of the fraud losses from 1995 through 2000, amounting to more than $500,000, was derived from the shifting of costs from lump-sum jobs into overhead categories, and from the inclusion of unrelated personnel in L-C's payroll and overhead.

      I send you this spreadsheet now, so that you will have an ample opportunity to assess these factual assertions well in advance of sentencing. If you have any questions, please give me a call at 203-821-3739.

      Very truly yours,

      KEVIN J. O'CONNOR
      UNITED STATES ATTORNEY

      William J. Nardini
      Assistant United States Attorney

Enclosures

L-C Associates, Inc.
Analysis of Adjustments - Effect on BF&O Rates and Dollar Impact - Connecticut
1995 - 2000

### Burden Fringe & Overhead Adjustments By Year

| Adjustment | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 |
|---|---|---|---|---|---|---|
| LS | $126,568.00 | $182,013.00 | $135,664.00 | $129,646.00 | $147,766.00 | $343,668.00 |
| LS shifted to Q4 | $25,443.00 | $30,087.00 | $45,899.00 | $19,861.00 | | |
| G&A | $154,370.00 | $156,501.00 | $169,935.00 | $166,064.00 | $152,946.00 | $204,922.00 |
| | $306,381.00 | $368,601.00 | $351,498.00 | $315,571.00 | $300,712.00 | $548,590.00 |

### Adjusted Burden Fringe & Overhead Rates By Adjustment By Year - Cummulative Effect

| | 1995 | | 1996 | | 1997 | | 1998 | | 1999 | | 2000 | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Field | Home | Field | Home | Field | Home | Field | Home | Field | Home | Field | Home |
| Original Rate | 105.30% | 126.04% | 102.30% | 126.04% | 102.57% | 126.67% | 122.02% | 139.80% | 102.75% | 128.42% | 105.75% | 126.30% |
| LS | 83.80% | 105.30% | 77.04% | 105.30% | 83.55% | 126.37% | 100.10% | 117.88% | 83.87% | 109.67% | 73.65% | 93.94% |
| LS shifted | 79.91% | 101.47% | 73.33% | 98.76% | 77.58% | 109.40% | 97.06% | 114.83% | 0.00% | 0.00% | 0.00% | 0.00% |
| G&A | 66.78% | 91.35% | 62.18% | 90.82% | 65.18% | 94.50% | 84.36% | 104.23% | 73.85% | 101.95% | 64.00% | 86.10% |

### Reduction in Burden Fringe & Overhead Rates (Field and Home Office) By Adjustment By Year

| | Field | Home | Field | Home | Field | Home | Field | Home | Field | Home | Field | Home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Original | 105.30% | 126.04% | 102.30% | 126.04% | 102.57% | 126.67% | 122.02% | 139.80% | 102.75% | 128.42% | 105.75% | 126.30% |
| LS | -21.50% | -20.74% | -25.26% | -24.21% | -19.02% | -16.97% | -21.92% | -21.92% | -18.88% | -18.75% | -32.10% | -32.36% |
| LS shifted | -3.89% | -3.83% | -3.71% | -3.70% | -5.97% | -5.96% | -3.04% | -3.05% | 0.00% | 0.00% | 0.00% | 0.00% |
| G&A | -13.13% | -10.12% | -11.15% | -7.94% | -12.40% | -8.94% | -12.70% | -10.60% | -10.02% | -7.72% | -9.65% | -7.84% |
| Change | -38.52% | -34.69% | -40.12% | -35.85% | -37.39% | -31.87% | -37.66% | -35.57% | -28.90% | -26.47% | -41.75% | -40.20% |
| Revised Rates | 66.78% | 91.35% | 62.18% | 90.82% | 65.18% | 94.50% | 84.36% | 104.23% | 73.85% | 101.95% | 64.00% | 86.10% |

### Percentage Effect of Rate Adjustments (Field and Home Office) By Adjustment By Year

| | Field | Home | Field | Home | Field | Home | Field | Home | Field | Home | Field | Home |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| LS | 55.82% | 59.79% | 62.96% | 67.53% | 50.87% | 53.25% | 58.20% | 61.62% | 65.33% | 70.83% | 76.89% | 80.50% |
| LS shifted | 10.10% | 11.04% | 9.25% | 10.32% | 15.97% | 18.70% | 8.07% | 8.57% | 0.00% | 0.00% | 0.00% | 0.00% |
| G&A | 34.09% | 29.17% | 27.79% | 22.15% | 33.16% | 28.05% | 33.72% | 29.80% | 34.67% | 29.17% | 23.11% | 19.50% |

### Dollar Effect (Field and Home Office) By Adjustment By Year - Cost Plus Contracts

| | Field | Home | Field | Home | Field | Home | Field | Home | Field | Home | Field | Home | Averages |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BF&O | $179,442.93 | $53,332.19 | $241,033.89 | $31,037.77 | $207,902.02 | $23,077.51 | $98,504.19 | $26,797.06 | $168,160.49 | $25,367.95 | $263,044.53 | $125,202.39 | $1,442,902.92 | |
| Cost Plus Adjustments | | | | | | | | | | | | | |
| LS | $100,156.36 | $31,885.55 | $151,757.63 | $20,960.23 | $105,758.13 | $12,288.21 | $57,334.36 | $16,513.68 | $109,857.10 | $17,969.36 | $202,245.02 | $100,784.81 | $927,510.43 | 64.28% |
| LS shifted | $18,121.31 | $5,888.22 | $22,289.03 | $3,203.34 | $33,195.37 | $4,315.72 | $7,951.48 | $2,297.75 | | | | | $97,262.22 | 6.74% |
| G&A | $61,165.26 | $15,558.42 | $66,987.24 | $6,874.20 | $68,948.52 | $6,473.58 | $33,218.35 | $7,985.63 | $58,303.39 | $7,398.59 | $60,799.51 | $24,417.58 | $418,130.27 | 28.98% |

### Dollar Effect by Category computed by multiplying percentage effect (above) by Cost Plus adjustment

| Labor Adjustments | $555.22 | $14,151.88 | $10,035.61 | $8,989.30 | $1,640.80 | $6,007.90 | | 83.20 | | | | | $16,326.50 | 57,790.41 |

LS = Lumpsum labor omitted from Burden Fringe & Overhead Computation
LS Shifted = Lumpsum labor shifted from direct labor into indirect labor (promotional and G&A)
G&A = General and Administrative labor.

Note
Although G&A costs were, at times, greater than Lumpsum labor the effect on the Burden, Fringe and Overhead rate computations was not as large as the Lumpsum adjustment.
The Lumpsum adjustment has a doubling effect on the rates, decreasing the denominator (direct labor) and increasing the numerator (indirect labor). The G&A adjustment increases the numerator (indirect labor) only.

**L-C Associates, Inc.**
**Analysis of Adjustments - Cost Plus Projects**
**1995 - 2000**

|  | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | Total | |
|---|---|---|---|---|---|---|---|---|
| LS | $132,041.91 | $172,717.86 | $118,046.34 | $73,848.04 | $127,826.46 | $303,029.83 | $927,510.44 | 61.81% |
| LS Shifted | $24,009.53 | $25,492.37 | $37,511.09 | $10,249.23 | $ - | $ - | $97,262.22 | 6.48% |
| G&A | $76,723.68 | $73,861.44 | $75,422.10 | $41,203.98 | $65,701.98 | $85,217.09 | $418,130.27 | 27.86% |
| Labor | $14,707.10 | $19,024.91 | $7,648.70 | $16,409.70 | $ - | $ - | $57,790.41 | 3.85% |
| | $247,482.22 | $291,096.58 | $238,628.23 | $141,710.95 | $193,528.44 | $388,246.92 | $1,500,693.34 | 100.00% |