

**U.S. Department of Justice**

*United States Attorney*
*District of Connecticut*

---

*Connecticut Financial Center*

| | |
|---|---|
| *157 Church Street* | *(203) 821-3700* |
| *P.O. Box 1824* | *Fax (203) 773-5376* |
| *New Haven, Connecticut  06510* | *www.usdoj.gov/usao/ct* |

September 24, 2003

Austin J. McGuigan, Esq.
Rome McGuigan Sabanosh PC
One State Street
Hartford, CT 06103-3101

      Re:    <u>United States v. L-C Associates Inc., and  L-C Associate, P.C., a Consulting Engineer</u>, 3:03-CR-22 (AVC)

Dear Attorney McGuigan:

      This letter confirms the agreement entered into between your clients, L-C Associates, Inc., and L-C Associate, P.C., a Consulting Engineer (collectively, the "defendants" or "L-C") and the United States Attorney's Office for the District of Connecticut (the "Government") concerning the referenced criminal cases.

      L-C recognizes the serious criminal conduct engaged in by Frank S. Chuang and will not permit such conduct to occur in the future.  In view of this recognition and the plea agreement entered into between the Government and the co-defendant, Frank S. Chuang, and subject to Frank Chuang's compliance with the terms of that plea agreement, and L-C's compliance with the conditions set forth herein, the Government will dismiss, without prejudice, the pending criminal charges against L-C.  At the defendants' request that L-C be permitted to continue to operate as an independent viable entity providing a necessary service, the Government is willing to enter into this agreement subject to the following conditions:

      1) Frank Chuang's full compliance with the terms of the plea agreement entered into between him and the Government;

      2) Frank Chuang will forever divest any ownership interest in, control or management of, or any other relationship whatsoever, either direct or indirect, with L-C and/or any of its affiliated entities, assigns, or successors.  L-C agrees to divest Frank Chuang's ownership interest as well as any involvement with Frank Chuang and any of his relatives.  This is an integral part of the Government's decision to enter into this agreement.

      3) L-C will establish an effective corporate compliance plan to prevent and detect future violations of law by, among other things, engaging an independent auditing service to conduct annual audits of its books and records.  The independent auditing service, which must be approved by the

United States Department of Transportation, will conduct audits and report its audit findings and conclusions to the United States Department of Transportation. The independent auditing service is to be in place for five years from the date of its creation. L-C will pay the costs associated with this requirement.

4) L-C will agree to abide by conditions, including audit requirements, set forth by the State of Connecticut Department of Transportation as part of L-C's continued eligibility to bid and enter into contracts with CT-DOT.

The Government will reinstitute the pending indictment as against L-C if L-C engages in any acts which (1) indicate that L-C has not terminated or withdrawn from criminal conduct or associations; or (2) constitute a violation of any condition of this agreement. L-C understands and agrees that should the defendant breach this agreement, then any prosecution that is not time-barred by the applicable statute of limitations on the date of the signing of this agreement (including any indictment or counts the government has agreed to dismiss pursuant to this agreement) may be commenced or reinstated against L-C, notwithstanding the expiration of the statute of limitations between the signing of this agreement and the commencement or reinstatement of such prosecution. L-C agrees to waive all defenses based on the statute of limitations with respect to any prosecution that is not time-barred on the date this agreement is signed.

L-C acknowledges that no other promises, agreements, or conditions (other than a separate civil agreement) have been entered into other than those set forth or referenced in this agreement, and none will be entered into unless set forth in writing, signed by all the parties.

    Very truly yours,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY


    WILLIAM J. NARDINI
    ASSISTANT UNITED STATES ATTORNEY


    MARIA A. KAHN
    ASSISTANT UNITED STATES ATTORNEY

L-C and its duly authorized representative certifies that he/she has read this agreement letter or has had it read or translated to him/her, that he/she has had ample time to discuss this agreement with counsel, and that he/she fully understands and accepts its terms.

_____     _____
                                        Date
Duly Authorized Representative of
L-C Associates Inc., and
L-C Associate, P.C., A Consulting Engineer


I have thoroughly read, reviewed and explained this plea agreement to my client who advises me that he understands and accepts its terms.

_____     _____
AUSTIN McGUIGAN, ESQ.                    Date
Attorney for the Defendants,
L-C Associates Inc., and
L-C Associate, P.C., A Consulting Engineer


_____     _____
JAMES WADE, ESQ.                         Date
Attorney for Frank S. Chuang