UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. Nos. 3:03-CR-22 (AVC) |
| v. | : |
| FRANK S. CHUANG | : FEBRUARY 23, 2004 |

## AFFIDAVIT

I, Frank S. Chuang, being over the age of eighteen (18) years of age and understanding the obligations of an oath, do hereby depose and say:

1. I am the sole stockholder of L-C Associates, Inc. and L-C Associates, P.C., A Consulting Engineer (collectively, "L-C").

2. As of this date, L-C will discontinue the solicitation or provision of any and all new services, directly or indirectly, in connection with contracts funded by the United States Department of Transportation, including but not limited to consulting contracts managed or administered by state departments of transportation or private contractors. With respect to contracts designated in the attached Schedule A as "Terminated" or "Completed," no further work will be performed by L-C for additional compensation, beyond sums already due and owing to L-C.

3. In connection with this discontinuation of services, L-C plans to transfer and/or sell all contracts designated "Open" or "Suspended" on the attached Schedule A, which list includes all unfinished federally funded consulting contracts to which L-C is presently a party, and possibly other assets of L-C, to some other qualified entity, which may include GARG Consulting Services, Inc. ("Completing Entities"). The assignment of those contracts designated "Open" or "Suspended" on the attached Schedule A will be subjected to the approval of the client transportation agency. In those cases where L-C is not the prime contractor, the assignment will also be subject to the approval of the prime contractor. L-C plans to effectuate these assignments by June 30, 2004.

4. Outside of assisting in the transfer of any contracts, I have and will have no management responsibility, control, financial interest, employment, consulting, lending, borrowing, leasing, or other contractual or noncontractual business relationship or other involvement of any kind, whether direct or indirect, with the Completing Entities with the sole exception of (1) coordinating the activities required to respond to any demand by clients or prime contractors as applicable, to perform corrective or follow-up work on those contracts designated "Terminated" or "Completed" on the attached Schedule A and (2) providing historical or background information necessary to facilitate the completion or corrective or follow-up work for those contracts listed on Schedule A. From this day forward, I will not

derive any salary, compensation, stipend, or other economic benefit from any business of the Completing Entities, nor from any corrective or follow-up work performed on those contracts designated "Terminated" or "Completed" on Schedule A.

5. I will provide to the United States Attorney's Office for the District of Connecticut affidavits to this effect for the next five (5) years on January 15 of each year in accordance with the form of affidavit attached hereto as Exhibit A.

6. If L-C does not, or if I do not, satisfy the conditions set forth in paragraphs 2 through 5 of this affidavit, I understand and agree that the Government may reinstitute any and all criminal charges now pending against L-C, but which may have been subsequently dismissed by agreement of the parties, notwithstanding the expiration of the statute of limitations between the signing of this affidavit and the commencement or reinstatement of such prosecution. I agree on behalf of L-C to waive all defenses based on the statute of limitations with respect to any prosecution on those charges, to the extent those charges were not time-barred as of the date of the original indictment in the present case.

Further the affiant sayeth not.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Frank S. Chuang

STATE OF ~~CONNECTICUT~~ Palm Beach) February 23, 2004
COUNTY OF ~~HARTFORD~~

Personally appeared before me Frank S. Chuang, signer of the foregoing instrument who swore to the truth of the matters contained in the above statement.

Commissioner of the Superior Court
Notary Public
My Commission Expires:



VANESSA A. BUDD
Notary Public, State of Florida
My comm. expires Feb. 14, 2006
No. DD 092745

SCHEDULE A

L-C ASSOCIATES

PAGE 1 X

CONNECTICUT Projects

| Project No. | Name | Client | Contract Amount | Contract Balance | Prime or Sub | Project Due Date | Type of Work | L-C Personnel | MBE/DBE | Remark |
|---|---|---|---|---|---|---|---|---|---|---|
| 95-114 | I-95 Bridgeport Environ. Inspect. | Attn: NE Accounting HNTB Corp. 75 State Street, 01th Floor Boston, MA 02109 | 900,000.00 | 100,000.00 | Sub | Dec. 05 | Construc. Inspect. | ~~Rafael Ocariz~~ | N/A | ~~Terminated~~ |
| 97-111 | I-95 Bridgeport Orange Contract CI | Mr. Dennis Miller DMJM + Harris 333 Ludlow Street Stamford, CT 08902 | 1,051,354.00 | 168,792.00 | Sub | Dec. 05 | Construc. Inspect. Survey | ~~Peter Rowe~~ ~~Xiao Lu~~ ~~Craig Peplin~~ | N/A | ~~Terminated~~ |
| 97-214 | List 12 Bridge | Mr. Bill Stark CT DOT Box 317546 Newington, CT 06131 | 750,000.00 Negotiating | 750,000.00 | Prime | Jun-04 | Bridge Design | ~~Erik Li~~ ~~Navnit Nakrani~~ | N/A | ~~completed~~ |
| 98-121 | Route 7 over Housatonic River (00562) | Mr. David Katz O & G Industries 85-571 Cargo Road East Windsor Locks, CT 06096 | 884,575.00 | (3,148.00) 0 | Sub | Complete | Construc. Inspect. | ~~Frank Pinto~~ ~~Debbie Bailey~~ ~~David Sperti~~ | SBE | ~~completed~~ |
| 98-128.1 | CT Complex Bridge Inspection | Mr. Paul McGuinness Baker Engineering 2098B Silas Deane Hwy. Rocky Hill, CT 06067 | 954,300.00 | 110,171.00 0 | Sub | Complete | Bridge Inspect. | David Stampel ~~Den Octavecchie~~ Paul Goodwin ~~Shawn Mattouk~~ ~~Michael Lee~~ Avinash Prasad | N/A | ~~Terminated~~ |
| 00-110 | RI I-195 Bridge Design | Mr. David Freean Freeman Maguire Group 225 Chapman Street, 4th Floor Providence, RI 02905 | 1,200,000.00 | 200,000.00 | Sub | Mar-04 30% | Bridge Design | ~~Navnit Nakrani~~ Chia C. Chuang Dawei Shi | DBE | open |
| 00-112 | New Haven Bus Facility | Mr. Ray Whitbread Baker Engineering 2098B Silas Deane Hwy. Rocky Hill, CT 06067 | 188,000.00 | 70,000.00 | Sub | Jun-04 | Structure Design | Eric Li ~~Britney Chou~~ | N/A | ~~completed~~ |
| 00-113 | I-95/I-91/SR34 New Haven Interchange Improvements | Ms. Jeanne Cormier H.W. Lochner, Inc. 2110 Silas Deane Hwy. Rocky Hill, CT 06067 | 1,765,000.00 | 977,750.00 | Sub | Mar-04 | Bridge Design | Eric Li ~~Navnit Nakrani~~ ~~Chia C. Chuang~~ ~~Danny Lin~~ ~~Randy Wright~~ | N/A | ~~Terminated~~ |
| 00-118 | Danbury Line RR Centralized Traffic Control System | Mr. Mark Neri CT DOT P.O. Box 317546 Newington, CT 06 | 1,500,000.00 | 1,300,000.00 | Prime | Sep-05 | Inspection | N/A | N/A | on-Hold, open |

1/6/03    Feb. 2, 04

PAGE 2

**CONNECTICUT Projects**

| Project # | Project Name | Firm | Address | Amount | Sub-amount | Type | Date | Service | Manager | Status | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01-111.1 | Adriaen's Landing Construction Management | HUNT/GILBANE JV | 100 Columbus Blvd. Hartford, CT 08106 | 400,000.00 | 100,000.00 | Sub | Apr-05 | Survey and Construc. Inspect. Survey Crew | Frank Morse | SBE | open |
| 01-111.2 | Adriaen's Landing Construction Management | HUNT/GILBANE JV | 100 Columbus Blvd. Hartford, CT 08106 | 95,000.00 | 0 | Sub | Apr-05 | Construc. Inspect. Survey Crew | Frank Morse | SBE | open |
| 01-114 | I-95 Bridgeport Blue Contract Construction Management | Mr. Dennis Miller DMJM + Harris 333 Ludlow Street Stamford, CT 06902 | | 95,000.00 | 10,000.00 | Sub | Apr-03 | Construc. Inspect. | Raul Stain | SBE | Completed |
| 01-115 | I-95 over Bridgeport Harbor Construction Inspection | Mr. Dennis Miller DMJM + Harris 333 Ludlow Street Stamford, CT 06902 | | 750,000.00 | 200,000.00 | Sub | Dec. 05. | Survey and Construc. Inspect. Survey Crew | Edward Pan James Lau | N/A | Terminated |
| 01-121 | Rail Car Construc. Monitoring | Mr. Jim Martin S T V Incorporated 1818 Market Street Philadelphia, PA 19107 | | 453,400.00 | 279,677.00 | Sub | Sep-04 | Construc. Inspect. | Edward Rabenold | N/A | open |
| 01-125 | Bradley Airport Construction Management | Mr. David Katz O & G Industries, Inc. 85-571 Cargo Road East Windsor Locks, CT 06096 | | 109,500.00 | 6,824.00 | Sub | Mar-03 | Construc. Inspect. | Andres Atev | SBE | Completed |
| 02-116 | Hartford-New Britain Busway, Program Manager | Mr. Ray Whitbread Baker Engineering NY 2096 B Silas Deane Hwy. Rocky Hill, CT 06087 | | 100,000.00 | 10,000.00 | Sub | Jun-03 | Clerical Services | Mary Ann Santiago | SBE | open |
| 02-119 | I-84/ Route 4 Reconstruction | Mr. Joseph Meriuzzo H N T B Corporation 1880 Silas Deane Hwy. Rocky Hill, CT 06087 | | 344,700.00 | 280,000.00 | Sub | Sep-03 | Survey | Survey Crew | N/A | Terminated |
| 02-120 | West Side Adriaen's Landing Program | Mr. David S. Zilaks, R E Chistion F.A. Hoskers i Asso. E. Creamery Brooks East Granby, CT 06026 | | 163,000.00 | 45,000.00 | Sub | Jun-03 | Survey | Survey Crew | N/A | completed |
| 02-126 | RR Bridge Inspection | Mr. Philip Liu Garg Consulting Services 2075 Silas Deane Hwy. Rocky Hill, CT 06087 | | 65,000.00 | 30,000.00 | Sub | Jun-03 | Survey | Survey Crew | SBE | completed |
| | | | | 273,600.00 | 167,968.00 | Sub | Jul-04 | Bridge Inspect. | David Stempel Avinash Prasad Dan Solaveccitto Shawn Watrous | SBE | completed |

PAGE 3

**CONNECTICUT Projects**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03-110<br>I-84 Const. Inspection | Mr. John Treichel<br>Maguire Group<br>One Court St.<br>New Britain, CT 06051 | 544,800.00 | 544800 | Sub | April-05 | Construc. Inspect. | Frank Pinto Reet Stein<br>None | On-Hold open |
| 03-112<br>Orange Air National Guard Survey | Mr. Bill Siewertsen<br>Enfield Builder Contractors<br>1654 King Street<br>P.O. Box 1201<br>Enfield, CT 06083 | 20,000.00 | 10000 | Prime | Dec-03 | Survey | Survey Crew<br>None | completed |
| 03-115<br>Route 7 Norwalk Wilton Improvements | Mr. Jim Ford<br>Earth Tech of NY, Inc.<br>655 Winding Brook Drive.<br>Suite 402<br>Glastonbury, CT 06033 | 285,000.00 | 285000 | Sub | April-03 | Survey | Survey Crew<br>None | Terminated |
| 03-116 03-117<br>I-84 Cheshire and Southington Constr. Inspect. | Mr. Joseph Meriuzzo<br>H N T B Corporation<br>1880 Silas Deane Hwy.<br>Rocky Hill, CT 06067 | 400,000.00 | 400000 | Sub | April-05 | Construc. Inspect. | Deborah Belley<br>None | Terminated |
| 03-118 03-116<br>CT Complex Bridge Biennial Inspection | Mr. Ray Whitbread<br>Baker Engineering<br>2088B Silas Deane Hwy.<br>Rocky Hill, CT 06067 | 750,000.00<br>Negotiating x | Negotiating | Sub | Jan-03 | Bridge Inspect. | David Stempel Dan Colvecchio Mike Lee Paul Goodwin Shawn Welcous<br>None | Terminated |

L-C Associates

PAGE 4

## MASSACHUSETTS Projects

| | | | | | | |
|---|---|---|---|---|---|---|
| 99-125 MBTA Various Bridge Replace. | Mr. Basil Batimba H.W. Lochner | 59,558.00 | (2,054.00) Sub | Complete | Bridge Design | ~~Learnen Malakasim~~ ~~Denny Lin~~ DBE Completed |
| 01-110 MHD Statewide Bridge Rating | Mr. Bruce Sylvia MHD Ten Park Plaza Boston, MA 02116 | 450,000.00 | 300,000.00 Prime | Dec-03 | Engineering | ~~Dan Osterveenle~~ ~~David Stompel~~ ~~Paul Goodwin~~ ✓ Prime Suspended |
| 01-112 MHD Pittsfield Bridge Design | Mr. Fil Yee MHD Ten Park Plaza Boston, MA 02116 | 160,000.00 | 35,000.00 Prime | Dec-03 | Bridge Design | ~~Lee Malikasim~~ ~~Denny Lin~~ ✓ N/A Completed |
| 02-117 M H D Round 2 Bridge Program | Mr. John Blundo Deputy Chief Engineer MHD Ten Park Plaza Boston, MA 02116 | 475,000.00 | ~~$185,000.00~~ $75,000 Prime | Dec-04 | Bridge Design | ~~Denny Lin~~ Lee Malikasim Dawel Shi ✓ N/A Open |
| 03-113 MHD Round Three (3) Bridge R & R Program | Mr. John Blundo Deputy Chief Engineer MHD Ten Park Plaza Boston, MA 02110 | 183,313.00 | 180,000.00 Prime | Apr-04 | Bridge Design | ~~Lee Malikasim~~ ~~Denny Lin~~ Shiday Chou ✓ None Suspended |

03-111B
MBTA - Silver Line   Mr. John S. Anderson
Phase III  Tunnel/   Vice President       $130,000       — ~~Prue Johnz~~ DBE
Systemwide Elements  DMJM + Harris, Inc.  $130,000 Sub  Apr 05  Tunnel/   ~~Lee Malikasim~~
                     66 Long Wharf                      Design    Malikasim
                     Boston, MA 02110                                          Suspended

# NEW YORK Projects — L-C Associates — PAGE 5

| Project # | Project | Contact | Address | Amount | Sub-amount | Type | Date | Category | Staff | Class | Status |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 99-111 | Gowanus Expressway Project Management | Mr. Tim Steinhilber | BSU J V, 21 East 40th St., 6th Floor, New York, NY 10016 | 1,182,000.00 | 414,900.00 | Sub | Dec-03 | Bridge Inspect. | ~~Jun-Ma Milan Knezeljac~~ | DBE | ~~Terminated~~ |
| 99-113 | Cross Bronx Expressway, 3 Brid | Mr. Robert LaMagna, Daniel Frankfurt, P.C. | 432 Park Avenue South, New York, NY 10016 | 305,316.00 | 23,584.00 | Sub | Dec-03 | Design | ~~Milan Kreseljac V. Farrakhov JH T. Shen~~ | DBE | Completed |
| 99-122.1 | NYC DEP Concrete Quality Con | Mr. Bob Hoffman, Baker Engineering NY | 400 Executive Blvd., Elmsford, NY 10523 | 350,000.00 | 350,000.00 | Sub | Mar-05 | QA/QC | ~~Rossann Rosenwald Maria Figueroa Milenitto Mailjevic Yakov Guz~~ | MBE | ~~Terminated~~ |
| 01-122 | TBTA Sign Location Survey | Mr. Tom Ruckel, DMJM + Harris | 605 Third Avenue, New York, NY 10158 | 38,000.00 | 30,000.00 | Sub | Jul-03 | Survey | ~~Sergey Uzetsky Survey Crew~~ | MBE | ~~Terminated~~ |
| 02-111 | Cross Bronx Exp. Signing & Ligt | Mr. Ajit Thakore, Gannett Fleming | One Penn Plaza, 250 West 34th Street, Suite 2222, New York, NY 10158 | 168,048.00 | 71,356.00 | Sub | Dec-03 | Design | ~~Martin Rosario Viktor Farrakhov~~ | DBE | ~~Terminated~~ |
| 02-114 | NY Region 11 RDS | Mr. Chuck Norrish, Gannett Fleming | One Penn Plaza, 250 West 34th Street, Suite 2222, New York, NY 10119 | 150,000.00 | 25,000.00 | Sub | Dec-04 | Design | ~~Martin Rosario~~ | DBE | open |
| 02-118 | TBTA Cable Strands @ Triboro | Mr. G.N. Fanjiang, Weidlinger Associate | 375 Hudson Street, 12th Fl., New York, NY 10014 | 51,228.00 | 15,335.00 | Sub | Dec-03 | Design | ~~Viktor Farrakhov JH Teen Shen~~ | MBE | completed |
| 02-124 | TBTA Triboro Br. Shop Drwg R | Ms. Samia Abdou, Ammann & Whitney | 98 Morton Street, New York, NY 10014 | 738,288.00 | 238,622.00 | Sub | Dec-03 | Design | ~~JH Teen Shen Jiating~~ | MBE | ~~Terminated~~ |

# NEW YORK Projects

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 03-111 TBTA Triborough Bridge Redecking | Ms. Samia Abdou Ammann & Whitney 96 Morton Street New York, NY 10014 | | 329,500.00 | Sub May-04 | Survey Engr. Design | ~~Survey Crew Jing Ling~~ | MBE | ✓ Suspended |
| | | 319,500.00 | | | | | |
| 03-114 NY Thruway Authority Tappan Zee Bridge Alternatives Analysis - EIS | Mr. Tony Gregory Earth Tech of NY, Inc. 655 Third Avenue New York, NY 10017 | 130,000.00 | 130,000.00 Sub | Apr-04 | Env. Analysis | ~~Mr. Beigelmacher~~ Martin Rosario | MBE | ✓ Suspended |

Handwritten note: Robert Moses Beltway Randall(s) Island NY, NY 10035

PAGE 6

*EXHIBIT A*

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : Crim. Nos. 3:03-CR-22 (AVC) |
| v. | : |
| FRANK S. CHUANG | : January 15, _____ |

### AFFIDAVIT

I, Frank S. Chuang, being over the age of eighteen (18) years of age and understanding the obligations of an oath, do hereby depose and say:

1. I was the sole stockholder of L-C Associates, Inc. and L-C Associates, P.C., A Consulting Engineer (collectively, "L-C").

2. In the past year, L-C has not provided or solicited the provision of any new services, directly or indirectly, in connection with contracts funded by the United States Department of Transportation, including but not limited to consulting contracts managed or administered by state departments of transportation or private contractors.

3. In connection with this discontinuation of services, L-C has transferred and/or sold all contracts designated "Open" or "Suspended" on Schedule A and/or other assets of L-C to qualified entities, namely **[insert name of assignee companies]** ("Completing Entities").

4. Outside of assisting in the transfer of any existing contracts and coordinating and/or facilitating any completion or corrective or follow-up work on existing contracts, I have had and will have no management responsibility, control, financial interest, employment, consulting, lending, borrowing, leasing, or other contractual or noncontractual business relationship, or other

involvement of any kind, whether direct or indirect, with the Completing Entities. Since **[date of first affidavit]**, I have not derived and will not derive any salary, compensation, stipend, or other economic benefit from any business of the Completing Entities, nor from any corrective or follow-up work performed on those contracts designated "Terminated" or "Completed" on Schedule A.

    Further the affiant sayeth not.

    I declare under penalty of perjury that the foregoing is true and correct.

 

                                                            Frank S. Chuang

STATE OF CONNECTICUT

                           January 15, 200_

COUNTY OF HARTFORD

    Personally appeared before me Frank S. Chuang, signer of the foregoing instrument who swore to the truth of the matters contained in the above statement.

                                                       Commissioner of the Superior Court
                                                       Notary Public
                                                       My Commission Expires:

/371149