Docket #16
Please do not docket

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA, | : 3:03CR272(AVC) |
| | : |
| VS. | : |
| | : |
| FRANK S. CHUANG, | : |
| Movant/Petitioner | : |

MOTION FOR LEAVE TO FILE
TRAVERSE ON OR BEFORE MARCH 24, 2006

Petitioner, Frank S. Chuang, by and through his attorney, moves this Honorable Court for leave to file a Traverse to the Government's Response to Motion to Vacate, Set Aside or Correct Sentence for the reasons set forth below:

(1) On February 17, 2006, the Government filed a Response to the Motion to Vacate, Set Aside or Correct Sentence filed by Mr. Chuang.

(2) Mr. Chuang is incarcerated at FPC Otisville and does not have personal access to the files and records needed for a Traverse. He requires the assistance of wife.

(3) Mrs. Chuang was ill recently and she required additional time to locate certain files and records relating to assistance she and her husband offered to the government.

(4) Mr. Chuang wishes to file a Traverse to the Government's Answer, including a Declaration.

---

Handwritten margin note (left side, vertical): 3:03CR272(AVC) April 4, 2006. The motion is DENIED as moot. On March 30, 2006, the court issued an Order to Show Cause giving the petitioner until May 15, 2006, to file a submission in support of his 28 U.S.C. § 2255 motion. The within motion is therefore moot. SO ORDERED. Alfred V. Covello, U.S.D.J.

Handwritten at bottom: 03CR272 end 16

FILED stamps: 2006 APR -4 P 2:13 U.S. DISTRICT COURT HARTFORD, CT

Clerk's stamp: 3/16/06, Kevin F. Rowe, Clerk, By [signature] Deputy Clerk